IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| Doretha STRIPLING, | |
| Plaintiff | Case No. _____ |
| v. | |
| MEDSTAR GEORGETOWN MEDICAL CENTER, INC., | Removed from the Circuit Court for Prince George's County Case No. CAL 12-31352 |
| Defendant | |

## NOTICE OF REMOVAL

TO:   United States District Court for the District of Maryland, Southern Division:

Pursuant to 28 U.S.C. § 1441, Defendant MedStar-Georgetown Medical Center, Inc. ("Georgetown"), hereby removes this action, *Stripling v Medstar-Georgetown Medical Center, Inc.*, case number CAL12-31352, from the Circuit Court for Prince George's County, Maryland.

### JURISDICTIONAL BASIS FOR REMOVAL

1. Plaintiffs filed a Complaint on or about October 4, 2012 ("Complaint") naming Georgetown as the only Defendant. (*See* Ex. A, Complaint.)

2. Jurisdiction over this removed action exists pursuant to 28 U.S.C. § 1441, because this action presents diversity of citizenship and therefore could have been filed in the United States District Court pursuant to 28 U.S.C. § 1332(a). The United States District Court has subject matter jurisdiction over this action, because the requisite diversity of citizenship between Plaintiff and Georgetown exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. In determining whether diversity is satisfied, the citizenship of the named plaintiff is determined at the time the complaint is filed and at the time of removal. *See generally Freeeport-McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991) (*per curiam*).

4. Plaintiff is, and at the time she filed the action was, a citizen of Maryland. (*See* **Ex. A** at ¶ 1.)

5. Georgetown is a District of Columbia corporation licensed to do business, and with its principal place of business, in the District of Columbia.

6. Plaintiff's Complaint purports to assert a claim for damages of $750,000 plus costs. (*See* **Ex. A** at p. 3.) Thus the amount in controversy, based on the face of Plaintiff's Complaint, exceeds $75,000, exclusive of interest and costs, and satisfies the requisite jurisdictional amount for federal diversity jurisdiction.

7. Plaintiff served Georgetown with the Complaint and summons on October 22, 2012. Thus, the 30-day deadline for removal set forth in 28 U.S.C. § 1441 has not yet expired.

8. There are no "process, pleadings and orders" in the state court record, other than the Complaint. (*See* **Ex. B**, Docket Report from Prince George's County Circuit Court.)

9. The United States District Court for the District of Maryland, Southern Division, embraces Prince George's County, Maryland. *See* 28 U.S.C. § 100(1). Thus, as required by 28 U.S.C. § 1441(a), this civil action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending."

10. Georgetown is filing written notice of this removal (*see* **Ex. C** (without exhibits)) with the Clerk of the Circuit Court for Prince George's County in compliance with 28 U.S.C. § 1446(d). A copy of Georgetown's Notice to the Circuit Court for Prince George's County,

together with this Notice of Removal, is being served upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Georgetown respectfully removes this action to the United States District Court for the District of Maryland, Southern Division, pursuant to 28 U.S.C. § 1441.

November 20, 2012

*/s/ Deborah C. Parraz*
K. Nicole Nesbitt (Fed. Bar No. 469793)
knn@hgdldlaw.com
Deborah C. Parraz (Fed. Bar No. 28590)
dparraz@gdldlaw.com
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 (Telephone)
(410) 783-4040 (Facsimile)

*Counsel for Defendant MedStar-Georgetown Medical Center Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2012, a copy of the foregoing was mailed first class, postage prepaid to:

Michael S. Blumenthal, Esq.
8201 Corporate Dr., Ste. 1120
Landover, MD 20785
*Attorney for Plaintiff*

_____
Deborah C. Parraz

4836-5206-2225, v. 1