# EXHIBIT A

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Writ of Summons                                    Case ID: CAL12-31352

State of Maryland, Prince George's County to wit:

To:   Medstar Georgetown Medical Center Inc
      Sv: Corporation Trust Inc
      351 West Camden Street
      Baltimore, MD 212012201

You are hereby summoned to file a written response by pleading or motion in this court to the attached complaint filed by:

DORETHA STRIPLING
14071 VISTA DRIVE, UNIT 124A
LAUREL MD 20707

Within 30 days after service of this summons upon you.

Witness the Honorable Sheila R. Tillerson Adams, Administrative Judge of the said Court.

Date issued: October 5, 2012

To the person summoned:
1. Personal attendance in court on the day named is not required.
2. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
3. Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Sheriff's Return

Fee $_____                               Sheriff _____

Note:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126. If this summons is served by private process, the process server shall file a separate affidavit as required by Rule 2-126 (a).
4. Direct your responses and questions to Circuit Court for Prince George's County, Clerk of the Circuit Court, 14735 Main Street, Courthouse D1002, Upper Marlboro, MD 20772-9987. Legal advice cannot be obtained from this office.

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | | |
|---|---|---|
| DORETHA STRIPLING<br>14071 Vista Drive<br>Unit 124A<br>Laurel, Maryland  20707 | * | CASE NO.: CAL 12-31352 |
| Plaintiff | * | |
| vs. | * | |
| MEDSTAR GEORGETOWN MEDICAL<br>CENTER, INC.<br>SERVE:<br>Resident Agent<br>The Corporation Trust<br> Incorporated<br>351 West Camden Street<br>Baltimore, MD 21201 | * | |
| Defendant | * | |

## COMPLAINT

TO THE HONORABLE, THE JUDGES OF SAID COURT:

COMES NOW the Plaintiff, DORETHA STRIPLING, by and through counsel, Michael S. Blumenthal, Esquire, and brings this action against the defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., and in support thereof, states as follows:

### COUNT I

1. That plaintiff, DORETHA STRIPLING, (hereinafter "plaintiff") is an adult citizen of the United States and a resident of Prince George's County, Maryland.

2. That defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., (hereinafter the "defendant") is a corporation in the business of providing health care, and regularly conducts business at 10401

Hospital Drive, Suite 101, Clinton, Prince George's County, Maryland, and is licenced to do so.

3. That this Court has jurisdiction pursuant to Title 4 of the Courts and Judicial Proceedings Article of the Annotated Code of Maryland.

4. That on or about February 18, 2011, the defendant did cause a document containing plaintiff's private and protected health information to be transferred via facsimile form defendant's Department of Neurosurgery in Clinton, Prince George's County, Maryland to plaintiff's a facsimile machine at place of employment at 3060 Mitchellville Road, Suite 214, Bowie, Prince George's County, Maryland 20706.

5. That in doing so, defendant improperly publicized facts about plaintiff which were not of valid concern to the public and which are subject to federal privacy laws and as to which plaintiff enjoyed an expectation of privacy.

6. That the publication of these facts was highly offensive to any reasonable person and constitutes unreasonable publicity given to plaintiff's private life.

7. That it was then and there the duty of defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC. to keep the information private.

8. That defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., then and there breached that duty of due care.

2

9. That the conduct on the part of defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., was the actual and proximate cause of the injuries suffered by the plaintiff, DORETHA STRIPLING.

10. That as a direct and proximate result of the conduct of defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., the plaintiff, DORETHA STRIPLING, suffered excruciating conscious pain and suffering, and to suffer great mental anguish, loss of work and wages.

10. That all such damages were directly and proximately caused by the aforementioned conduct of the defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., and were incurred without contributory negligence on the part of the plaintiff, DORETHA STRIPLING, nor an opportunity for the plaintiff, DORETHA STRIPLING, to prevent the conduct from occurring.

**WHEREFORE**, the plaintiff, DORETHA STRIPLING, demands judgment against the defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., in the amount of $750,000.00, plus costs.

### DEMAND FOR JURY TRIAL

Plaintiff, DORETHA STRIPLING hereby demands a trial by jury.

Respectfully submitted,

By _____
Michael S. Blumenthal, Esq.
8201 Corporate Dr., Ste 1120
Landover, MD 20785
(301) 459-4442
*Attorney for Plaintiff*

 **CT Corporation**

**Service of Process Transmittal**
10/22/2012
CT Log Number 521459282

**TO:** Paula Price, Corporate Governance Specialist
MedStar Health, Inc.
5565 Sterrett Place, 5th Floor
Columbia, MD 21044-

**RE:** **Process Served in Maryland**

**FOR:** MedStar-Georgetown Medical Center, Inc. (Domestic State: DC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Doretha Stripling, Pltf. vs. MedStar-Georgetown Medical Center, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Writ of Summons, Complaint and Jury Demand, Attachment(s) |
| **COURT/AGENCY:** | Prince George's County - Circuit Court, MD<br>Case # CAL1231352 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - Medstar Georgetown Medical Center, Inc. |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Incorporated, Baltimore, MD |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/22/2012 postmarked on 10/19/2012 |
| **JURISDICTION SERVED:** | Maryland |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons |
| **ATTORNEY(S) / SENDER(S):** | Michael S. Blumenthal<br>8201 Corporate Dr., Ste 1120<br>LandOver, MD 20785<br>301-459-4442 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/23/2012, Expected Purge Date: 10/28/2012<br>Telephone, Gloria Utz , 410-772-6548<br>Image SOP<br>Email Notification, Sarah Shackelford Sarah.shackelford@medstar.net<br>Email Notification, Pam Brosnan pam.s.brosnan@medstar.net<br>Email Notification, Lauren Rowinski lauren.rowinski@medstar.net<br>Email Notification, Richard Goldberg richard.goldberg@medstar.net<br>Email Notification, Suzi Brenner suzi.brenner@medstar.net<br>Email Notification, Larry Smith larry.l.smith@medstar.net<br>Email Notification, Paula Price Paula.S.Price@medstar.net<br>Email Notification, Laurel Warfield laurel.a.warfield@medstar.net<br>Email Notification, Karin Calimano karin.e.calimano@medstar.net<br>Email Notification, Mary Cierkowski mary.d.cierkowski@medstar.net<br>Email Notification, Gloria Utz gloria.j.utz@medstar.net<br>Email Notification, Rachel Leyko rachel.a.leyko@medstar.net |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | The Corporation Trust Incorporated<br>Billie Swoboda<br>351 West Camden Street<br>Baltimore, MD 21201 |

Page 1 of 2 / RH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 **CT Corporation**

**Service of Process Transmittal**
10/22/2012
CT Log Number 521459282

**TO:** Paula Price, Corporate Governance Specialist
MedStar Health, Inc.
5565 Sterrett Place, 5th Floor
Columbia, MD 21044-

**RE:** **Process Served in Maryland**

**FOR:** MedStar-Georgetown Medical Center, Inc. (Domestic State: DC)

**TELEPHONE:** 410-539-2837

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Circuit Court for Prince George's County
_City or County_

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: [X] PLAINTIFF [ ] DEFENDANT    CASE NUMBER _____ (Clerk to insert)

CASE NAME: Doretha Stripling    vs.    Medstar Georgetown Medical Center, Inc.
_Plaintiff_                                     _Defendant_

JURY DEMAND: [X] Yes [ ] No    Anticipated length of trial: ___ hours or _1_ days
RELATED CASE PENDING? [ ] Yes [X] No    If yes, Case #(s), if known: _____

Special Requirements?  [ ] Interpreter (Please attach Form CC-DC 41)
                       [ ] ADA accommodation (Please attach Form CC-DC 49)

### NATURE OF ACTION (CHECK ONE BOX)

### DAMAGES/RELIEF

**TORTS**
- [ ] Motor Tort
- [ ] Premises Liability
- [ ] Assault & Battery
- [ ] Product Liability
- [X] Professional Malpractice
- [ ] Wrongful Death
- [ ] Business & Commercial
- [ ] Libel & Slander
- [ ] False Arrest/Imprisonment
- [ ] Nuisance
- [ ] Toxic Torts
- [ ] Fraud
- [ ] Malicious Prosecution
- [ ] Lead Paint
- [ ] Asbestos
- [ ] Other

**LABOR**
- [ ] Workers' Comp.
- [ ] Wrongful Discharge
- [ ] EEO
- [ ] Other _____

**CONTRACTS**
- [ ] Insurance
- [ ] Confessed Judgment
- [ ] Other _____

**REAL PROPERTY**
- [ ] Judicial Sale
- [ ] Condemnation
- [ ] Landlord Tenant
- [ ] Other _____

**OTHER**
- [ ] Civil Rights
- [ ] Environmental
- [ ] ADA
- [ ] Other _____

**A. TORTS**
Actual Damages
- [X] Under $7,500
- [ ] $7,500 - $50,000
- [ ] $50,000 - $100,000
- [X] Over $100,000

- [ ] Medical Bills $ _____
- [ ] Property Damages $ _____
- [ ] Wage Loss $ _____

**B. CONTRACTS**
- [ ] Under $10,000
- [ ] $10,000 - $20,000
- [ ] Over $20,0000

**C. NONMONETARY**
- [ ] Declaratory Judgment
- [ ] Injunction
- [ ] Other _____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation [ ] Yes [ ] No          C. Settlement Conference [ ] Yes [X] No
B. Arbitration [ ] Yes [X] No         D. Neutral Evaluation [ ] Yes [X] No

### TRACK REQUEST
With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.
- [ ] 1/2 day of trial or less
- [X] 1 day of trial time
- [ ] 2 days of trial time
- [ ] 3 days of trial time
- [ ] More than 3 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date 10/2/12    Signature _____

CC/DCM 002 (Rev. 2/2010)    Page 1 of 3

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**
Trial within 7 months of Filing

☐ **Standard**
Trial within 18 months of Filing

☐ EMERGENCY RELIEF REQUESTED _____
_____  _____
Signature                                            Date

## COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.*

☐ Expedited - Trial within 7 months of Filing        ☐ Standard - Trial within 18 months of Filing

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Standard-Short | Trial 210 days. |
| ☐ | Standard | Trial 360 days. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ | Asbestos | Events and deadlines set by individual judge. |
| ☐ | Protracted Cases | Complex cases designated by the Administrative Judge. |

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.

☒ Liability is not conceded, but is not seriously in dispute.

☐ Liability is seriously in dispute.

| CIRCUIT COURT FOR BALTIMORE COUNTY ||
|---|---|
| ☐ Expedited<br>(Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard<br>(Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard<br>(Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex<br>(Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

BLUMENTHAL LAW LLC
Metro-Plex II
8201 Corporate Drive
Suite 1120
Landover, MD  20785

7005 0390 0003 0460 2772

**CERTIFIED MAIL™**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



02 1P  $005.95⁰
0001025513  OCT 19 2012
MAILED FROM ZIP CODE 20785

Corporation Trust, Inc.
351 West Camden Street
Baltimore, Maryland  21201



21201\$2495 C042