IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNELL DUSHANE STRIPLING,　　　　　　　* 　Case No.:　DKC 12-3408
PERSONAL REPRESENTATIVE OF
THE ESTATE OF DORETHA　　　　　　　　　　*
STRIPLING
3200 Walnut Street, N.E.　　　　　　　　*
Washington, DC  20018
　　　　　　　　　　　　　　　　　　　　　*
　　　　Plaintiff
　　　vs.　　　　　　　　　　　　　　　　*

MEDSTAR GEORGETOWN MEDICAL　　　　　　　*
CENTER, INC.
　　　　　　　　　　　　　　　　　　　　　*
　　　　Defendant
. . .. .. .. .. .. .. .. .. .. .. .. ..*

## FIRST AMENDED COMPLAINT

TO THE HONORABLE, THE JUDGES OF SAID COURT:

　　COMES NOW the DONNELL DUSHANE STRIPLING, PERSONAL REPRESENTATIVE OF THE ESTATE OF DORETHA STRIPLING, by and through counsel, Michael S. Blumenthal, Esquire, and brings this action against the defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., and in support thereof, states as follows:

### COUNT I

　　1.　That plaintiff's decedent, DORETHA STRIPLING (hereinafter "plaintiff's decedent") was an adult citizen of the United States and a resident of Prince George's County, Maryland, and plaintiff, DONNELL DUSHANNE STRIPLING, is an adult citizen of the United States and a resident of Prince George's County, Maryland.

　　2.　That defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., (hereinafter the "defendant") is a corporation in the business of

providing health care, and regularly conducts business at 10401 Hospital Drive, Suite 101, Clinton, Prince George's County, Maryland, and is licenced to do so.

3. That on or about February 18, 2011, the defendant did cause a document containing plaintiff's decedent's private and protected health information to be transferred via facsimile form defendant's Department of Neurosurgery in Clinton, Prince George's County, Maryland to plaintiff's a facsimile machine at place of employment at 3060 Mitchellville Road, Suite 214, Bowie, Prince George's County, Maryland 20706..

5. That in doing so, defendant improperly publicized facts about plaintiff's decedent which were not of valid concern to the public and which are subject to federal privacy laws and as to which plaintiff enjoyed an expectation of privacy.

6. That the publication of these facts was highly offensive to any reasonable person and constitutes unreasonable publicity given to plaintiff's decedent's private life.

7. That it was then and there the duty of defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC. to keep this information private.

8. That defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., then and there breached that duty of due care.

9. That the conduct on the part of defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., was the actual and proximate cause of the injuries suffered by the plaintiff's decedent.

10. That as a direct and proximate result of the conduct of

defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., the plaintiff's decedent suffered excruciating conscious pain and suffering, and to suffer great mental anguish, loss of work and wages.

11.  That all such damages were directly and proximately caused by the aforementioned conduct of the defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., and were incurred without the consent of nor contributory negligence of the plaintiff's decedent, nor an opportunity for the plaintiff's decedent to prevent the conduct from occurring.

**WHEREFORE**, the Plaintiff, DONNELL DUSHANE STRIPLING, PERSONAL REPRESENTATIVE OF THE ESTATE OF DORETHA STRIPLING, demands judgment against the defendant, MEDSTAR GEORGETOWN MEDICAL CENTER, INC., in the amount of $750,000.00, plus costs.

### DEMAND FOR JURY TRIAL

Plaintiff, DONNELL DUSHANE STRIPLING, PERSONAL REPRESENTATIVE OF THE ESTATE OF DORETHA STRIPLING, DECEDENT, hereby demands a trial by jury.

Respectfully submitted,

By _____
Michael S. Blumenthal, Esq.
8201 Corporate Drive
Suite 1120
Landover, MD  20785
(301) 459-4442

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing First Amended Complaint was sent, via email, this 28th day of August, 2013, to:

K. Nicole Nesbitt
knn@gdldlaw.com

Deborah C. Paraaz
dparras@dgldlaw.com
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Michael S. Blumenthal, Esq.